UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODNEY OSBORNE

VERSUS

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL SERVICE

CIVIL ACTION

NO. 07-781-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 30, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion to dismiss pursuant to FRCP 12(b)(6) for failure to state a claim (rec.doc.6) is denied in part and granted in part in that defendants' motion to dismiss plaintiff's claims based on res judicata is denied and defendant's motion to dismiss plaintiff's claims against the Unties States Postal Service is granted.

Baton Rouge, Louisiana, May 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA